■ In the Matter of LAKE PLACID CLUB, INC., Petitioner, against CHARLES ABRAMS, Individually and as Chairman of the NEW YORK STATE COMMISSION AGAINST DISCRIMINATION, et al., Respondents.— Application for a stay pending appeal to the Court of Appeals from a decision of this court. Application granted upon condition that appellant perfect its appeal, file record in the Court of Appeals, and its brief, on or before January 9, 1959 and is ready to argue the matter at the session of the Court of Appeals commencing February 23, 1959. Foster, P. J., Bergan, Gibson and Herlihy, JJ., concur.

■ In the Matter of CORINNE C. WATERMAN, Petitioner.— Applications denied, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM CRAWFORD, Appellant.— Motion for permission to withdraw appeal. Motion granted. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LYMAN D. BROWN, Appellant.— Application for leave to withdraw appeal. Application granted. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of JAMES D. C. MURRAY, as Committee of the Person and Property of GEORGE P. METESKY, an Incompetent, Appellant, against UNITED ELECTRIC LIGHT AND POWER CORPORATION, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss an appeal attempted to be taken by a notice of appeal dated May 14, 1958, granted, without costs. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.